Gaston, J.
 

 The opinion, delivered by the presiding Judge on
 
 the
 
 trial, is perfectly correct. The only execution against the property of Keith, which was in existence at the time of the sale to the defendant, was returned satisfied. It is impossible, therefore, to hold that the sale was in fraud of this execution. As to the subsequent executions, which purported to issue for the attendance dues of a witness, omitted in the first execution, these neither were nor purported to be
 
 alias
 
 executions. They could not, therefore, if regular, be allowed to overreach a
 
 bona fide
 
 alienation made before their teste. But they were irregular and issued without authority. After the return of satisfaction upon the first execution, the judgment theretofore rendered was extinguished, and until that return was set aside or corrected as a further judgment, or order of the Court in nature of a further judgment was rendered, there was nothing of record to warrant further proceedings against the debtor or his property.
 
 Governor
 
 v. Twitty, 1 Dev. 153.
 
 Snead
 
 v.
 
 Rhodes,
 
 2 Dev. and Battle, 386. The parol evidence offered by the plaintiff, and rejected by the Court, was manifestly immaterial as respected the issue to be tried. The promise of the present defendant to pay the amount claimed by these executions, if it imposed on him any obligation, did not impair his title’ to the land, which had been conveyed to him.
 

 Pee. Curiam, Judgment affirmed.